Michael Widmer

Cecil vs Case 13-26 MJR

## Motion To Withdraw Motion

I Michael Widmer, plaintiff pro se in the above captioned case hereby move to withdraw the Motion seeking injunctive relief via Temporary Restraining Order. I assert my mail and legal mail is still being obstructed and legal mail is opened outside of my presence, even after the clerk of this court stamped the envelope, Open Only In Presence Of The Inmate. I enclosed an envelope from this court post marked 4/4/2013 which I received on 4/23/13 already opened with red ink pen crossing off clerks stamped instruction. This is routine to receive legal mail 20 days after it is sent which is to long! I only am withdrawing my MOTION because the attorney for the defendant sent me a response to my motion, telling me I named the wrong defendant. I'm sorry for that. Also I have asked for recruitment of counsel. I filed identical motions in this court as in my Central District Case and that Motion was granted. I enclosed a copy. I am saving my mail to show it is only getting more obstructed since I filed this complaint.

Attached Exhibit A - court order

Respectfully
Michael Widmer
plaintiff pro se