UNITED STATES DISTRICT COURT
P.O. Box 249
EAST ST. LOUIS, ILLINOIS 62202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Hasler
04/04/2013
US POSTAGE $00.46⁹

ZIP 62201
011D11609694

Michael Widmer
B30985
LAWRENCE CORRECTIONAL CENTER
10930 Lawrence Road
Sumner, IL 62466

"SPECIAL MAIL" - Open Only in
The Presence Of The Inmate

6246   491530



12-1261
Central District

Martin ~USWef

"SPECIAL
The Pres~ ~ce
MAIL" - Open Only in
Of The Inmate.

Ast. Atty Gen.
Lutzke