*Exhibit A*

# Minute Entries

2:12-cv-02234-MPM-DGB Widmer
v. Internal Affairs et al

21,24,PRISONER,PROSE,REFER

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 4/18/2013 at 2:08 PM CDT and filed on 4/18/2013
**Case Name:**  Widmer v. Internal Affairs et al
**Case Number:**  2:12-cv-02234-MPM-DGB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute entry for proceedings held 4/18/13 before Judge Michael P. McCuskey. Appearance of plaintiff Michael Widmer by video and for defendants by Adam Eisenstein by phone. Status hearing held. Amended Motion to Request Counsel [34] is granted as to recruitment of counsel by the Court. Court will contact U of I Trial Advocacy Program Civil Rights Clinic as to any law students available for appointment. Further status hearing will be set after attempting to recruit counsel. Discovery stayed other than as to exhaustion of administrative remedies. Motion for Summary Judgment allowed to be filed if appropriate. (Court Reporter TJ.) (JMW, ilcd)**

**2:12-cv-02234-MPM-DGB Notice has been electronically mailed to:**

Adam G Eisenstein    aeisenstein@atg.state.il.us, aashby@atg.state.il.us, bmyers@atg.state.il.us, jpalumbo@atg.state.il.us, jwight@atg.state.il.us, lweitekamp@atg.state.il.us

**2:12-cv-02234-MPM-DGB Notice has been delivered by other means to:**

Michael Widmer
B30985
LAWRENCE
Lawrence Correctional Center
Inmate Mail/Parcels
10930 Lawrence Road
Sumner, IL 62466