# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL WIDMER,** )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>**CECIL, JOYCE HOSKINSON and CAROL HAHN,** )<br>)<br>)<br>Defendant(s). ) | CASE NO.   13-26-SCW |

## JUDGMENT IN A CIVIL CASE

Defendant SCECIL, JOYCE HOSKINSON and CAROL HAHN were granted summary judgment on April 20, 2015 by an Order entered by U.S. Magistrate Judge Stephen C. Williams (Doc. 77).

**THEREFORE,** judgment is entered in favor of Defendant **CECIL, JOYCE HOSKINSON** and **CAROL HAHN** and against Plaintiff **MICHAEL WIDMER.**

Plaintiff shall take nothing from this action.

**DATED** this 21st day of April 2015

JUSTINE FLANAGAN, ACTING CLERK

BY: **s/ Angela Vehlewald**
Deputy Clerk

**Approved by**   **s/ Stephen C. Williams**
United States Magistrate Judge
Stephen C. Williams